# ELECTRONIC RECORD

321-15
322-15
323-15
324-15

COA # 04-14-00004-CR     OFFENSE: POSS CHILD PORNOGRAPHY

STYLE: DEVIN ALEXANDER KANE V. THE STATE OF TEXAS     COUNTY: KERR

COA DISPOSITION: AFFIRMED     TRIAL COURT: 216TH DISTRICT COURT

DATE: 02/11/15     Publish: YES   TC CASE #: A1319

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

STYLE: DEVIN ALEXANDER KANE V. THE STATE OF TEXAS     CCA #: 321-15  323-15  322-15  324-15

APPELLANT'S Petition FOR DISCRETIONARY REVIEW IN CCA IS: Refused

DATE: May 20, 2015
JUDGE: PC

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____  PC: _____
PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR REHEARING IN CCA IS: _____
JUDGE: _____